IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, ) | CR 04-2043-TUC-RCC(JJM) |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| William Stanton Nestle, ) |  |
| Defendant. ) |  |

The Court has reviewed the Magistrate Judge's Report and Recommendation and no objections having been filed thereto,

**IT IS ORDERED ADOPTING** the Report and Recommendation (#56) and **DENYING** Defendant's Motion to Suppress Evidence and Statements (#19)

DATED this 17th day of July, 2006.

_____
Raner C. Collins
United States District Judge

cc: COUNSEL, JJM